IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL SIX,

    Plaintiff,

vs.                                                  No. CIV 17-1113 KG/KK

CITY OF MORIARTY, *et al.*,

    Defendants.

## ORDER OF REMAND

The Court having denied Plaintiff's Motion to Remand (Doc. 21), denied Defendants' Motion to Strike Plaintiff's Amended Complaint (Doc. 26), granted Plaintiff's Motion to Correct Caption (Doc. 22), and declined to exercise supplemental jurisdiction over the state law claims presented in the Amended Complaint (Doc. 20) by entering a Memorandum Opinion and Order contemporaneously with this Order of Remand,

IT IS ORDERED that this case is remanded to the Seventh Judicial District Court, County of Torrance, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE